**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

U.S.
S.

2016 NOV 21 PM 1: 42

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                          } Crim. No.   4:16CR00202-1

Laura M. R. Cordial

On September 20, 2016, the above named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Laura M. R. Cordial be discharged from supervision.

Respectfully submitted,

Kyle P. Grimes
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _21st_ day of November, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA